ANNALOU TIROL
Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
SIMON J. CATALDO
Massachusetts Bar No. 690879
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov
Simon.Cataldo@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | 2:16-CR-01012-SRB |
| vs. | **GOVERNMENT'S MOTION FOR LEAVE TO SUPPLEMENT EXHIBIT LIST** |
| Joseph M. Arpaio, | |
| Defendant. | |

The government moves for leave to supplement its exhibit list with two exhibits: (1) a three-page email chain sent from attorney Timothy Casey to Maricopa County Sheriff's Office Lieutenant Brian Jakowinicz on October 11, 2012, regarding alleged violations of the preliminary injunction, attached as Exhibit A; and (2) a forty-one minute audio recording of the September 13, 2012, Ninth Circuit oral argument in *Melendres v. Arpaio*, No. 12-15098 (9th Cir. 2012), publicly available on the website for the United States Court of Appeals for the Ninth Circuit at:

https://www.ca9.uscourts.gov/media/view.php?pk_id=0000009575.  The government

produced the email chain on February 21, 2017, and the audio recording on June 8, 2017,

and notified the defendant of its intent to file the instant motion on June 8, 2017.  Defense

counsel does not object to the addition of these exhibits to the government's exhibit list

on the basis of untimeliness, but reserves the right to object to the exhibits' admission on

other grounds.

   If the Court grants the requested leave, the government's exhibit list would

comprise forty-five exhibits and their sub-exhibits.  *See* Attachment B (Gov't Proposed

Ex. List).  Exhibits 1 through 40 were included in the exhibit list that the government

produced on February 28, 2017, the day before the Court's March 1 deadline.  The

government identified Exhibits 41, 42, and 43 as exhibits on March 15, March 22, and

April 3, respectively.  On April 6, 2017, the Court granted the defendant's request to

exclude documents disclosed by the government after March 1, 2017, *see* ECF No. 103

(Def.'s Mot. to Continue or to Exclude Docs.), except for the three additional exhibits.

ECF No. 126 (Min. Entry of Apr. 6, 2017, Hr'g).

   In light of the character of the additional exhibits and the status of the defendant's

production and disclosure of his own exhibits, the requested leave is warranted.[1]  The two

---

[1]  The government expects to receive tomorrow all of the defendants' exhibits, but notes that it has yet to receive at least six defense exhibits.  On April 6, 2017, the Court extended from April 3 to April 12 the defendant's deadline to disclose his witnesses and exhibits.  On June 9, 2017, the defendant produced an amended witness list and an amended exhibit list.  The new exhibit list added thirteen exhibits to the previously-filed list.  On June 12, 2017, the defendant produced a supplemental exhibit list adding twenty-five exhibits.

additional exhibits are not voluminous.  They will not cause a substantial burden in terms of trial preparation for the defendant, nor will their presentation affect the trial schedule. The defendant has had the email chain since February 21, 2017, and the defendant himself authorized the appeal before the Ninth Circuit.  Indeed, the government intends to use at trial only a few minutes of the audio recording.  Accordingly, the government respectfully requests that the Court grants the government leave to supplement its exhibit list with the three-page email chain and forty-one minute audio recording.

Respectfully Submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section

By: */s/ Simon J. Cataldo*
    Simon J. Cataldo
    John D. Keller
    Victor R. Salgado
    Trial Attorneys
    United States Department of Justice
    Public Integrity Section
    1400 New York Ave. NW
    Washington, DC  20005
    (202) 514-1412
    Simon.Cataldo@usdoj.gov
    John.Keller2@usdoj.gov
    Victor.Salgado@usdoj.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on today's date, I electronically filed the foregoing via the CM/ECF system which will provide notice to counsel of record for the defendant.

/s/ *Simon J. Cataldo*
Simon J. Cataldo
Trial Attorney

- 4 -