CASE NO. 2:07-cv-02513-GMS

Manuel de Jesus Ortega Melendres, et al.

VS. Joseph M. Arpaio, et al.

PLAINTIFF'S EXHIBIT 2513

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk

DOJ-113646

Eileen Henry

| | |
|---|---|
| From: | Tim J. Casey |
| Sent: | Thursday, October 11, 2012 5:27 PM |
| To: | Brian Jakowinicz - SHERIFFX; drexel_16@yahoo.com |
| Cc: | Brian Sands - SHERIFFX; Eileen Henry; James L. Williams; Liddy Thomas; Sheridan Gerard; MacIntyre John |
| Subject: | FW: Injunction compliance - Melendres Ortega v. Arpaio |
| Attachments: | Letter to Casey 10.11.12 encls.pdf |

## ATTORNEY CLIENT PRIVILEGED/NOT SUBJECT TO A PUBLIC RECORDS REQUEST

Brian,

I look forward to meeting you and congratulate you on now leading the HSU.  Per our conversation, please find my email below and the attachment.  The PDF attachment contains the information that you will need re dates and MCSO press releases.  Thanks.

tim

Timothy J. Casey, Attorney at Law
SCHMITT SCHNECK SMYTH CASEY & EVEN, P.C.
1221 East Osborn Road, Suite 105  Phoenix, AZ 85014
Phone:   602.277.7000
Fax:      602.277.8663
Email:   timcasey@azbarristers.com
www.azbarristers.com

*9/15/15   EXH #2513*
*WITNESS   Sheridan*
*PAMELA A. GRIFFIN, RPR, CRR*
*CERTIFIED COURT REPORTER #50010*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not intended or written to be (and may not be) used or relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (602) 277-7000 or reply by email and delete or discard the message.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Schmitt Schneck Smyth Casey & Even, P.C. for any loss or damage arising in any way from its use. Thank you.

From: Tim J. Casey
Sent: Thursday, October 11, 2012 4:39 PM
To: Sheridan Gerard; MacIntyre John; Brian Sands - SHERIFFX
Cc: Eileen Henry; James L. Williams; Liddy Thomas; Gulley Joie; Irish Doug
Subject: FW: Injunction compliance - Melendres Ortega v. Arpaio
Importance: High

## ATTORNEY CLIENT PRIVILEGED/NOT SUBJECT TO A PUBLIC RECORDS REQUEST

**Dear Chiefs,**

**Attached is a letter from Plaintiffs' counsel in the *Melendres* racial profiling lawsuit.  The letter accuses: (1) the MCSO of recently detaining "people solely on the basis of suspected unlawful presence" based on certain MCSO Press**

1

CaseySub 000174

DOJ-113647

Releases; and (2) thereby apparently violating Judge Snow's December 23, 2011 injunction on the three occasions of 09/21/12, 09/27/12, and 10/09/12.

Tom Liddy and I need to fully digest this letter and learn from you, as soon as possible, the specific facts of each of the incidents set forth in the letter (and MCSO press releases). In other words, what is the legal basis for the MCSO detaining these people for delivery to the U.S. Border Patrol when ICE refuses to accept those people from the MCSO? We will need the facts from you so we can determine whether there is any merit to Plaintiffs' accusations and better advise the Sheriff and the MCSO re the same. <u>Please advise as to when we can meet to discuss. I am available tomorrow afternoon anytime.</u>

We need to learn the facts because Judge Snow's Order states in pertinent part:

"*MCSO and all of its officers are hereby enjoined from detaining any person based only on knowledge or reasonable belief, without more, that the person is unlawfully present within the United States, because as a matter of law, such knowledge does not amount to a reasonable belief that the person either violated or conspired to violate the Arizona human smuggling statute, or any other state or federal criminal law.*" (See my 12/23/11 email with attachment)

While I would not be surprised if Plaintiffs are using the attached letter as a springboard for electoral related negative press toward the Sheriff, I expect that they will move quickly to raise this issue with Judge Snow sometime early next week either for electoral or legitimate reasons. We will need to get "ahead of the curve" on this issue.

I copy Jole Gulley and Doug Irish on this FYI because I believe Tom Liddy may be unavailable until Monday.

**Tim**

Timothy J. Casey, Attorney at Law
Schmitt Schneck Smyth Casey & Even, p.c.
1221 East Osborn Road, Suite 105  Phoenix, AZ 85014
Phone: 602.277.7000
Fax:    602.277.8663
Email:  timcasey@azbarristers.com
www.azbarristers.com

CaseySub 000175

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that, to the extent this communication (or any attachment) addresses any tax matter, it was not intended or written to be (and may not be) used or relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (602) 277-7000 or reply by email and delete or

DOJ-113648

discard the message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Schmitt Schneck Smyth Casey & Even, P.C. for any loss or damage arising in any way from its use. Thank you.

**From:** Andre Segura [mailto:asegura@aclu.org]
**Sent:** Thursday, October 11, 2012 3:57 PM
**To:** Tim J. Casey; liddyt@mcao.maricopa.gov
**Cc:** Young, Stanley; Daniel Pochoda; Lai, Annie; Byrnes, Andrew C; Cecillia Wang; Albarran, Tammy; Hults, David; James Lyall; Mariel Villarreal; lgallagher@cov.com; nramirez@maldef.org
**Subject:** Injunction compliance - Ortega v. Arpaio

Dear Tim,

Attached please find a letter concerning what appears to be a lack of compliance by MCSO with the Court's current injunction.  We hope to hear from you soon on this matter.

Sincerely,

Andre

Andre Segura | Staff Attorney
Immigrants' Rights Project
The American Civil Liberties Union
125 Broad Street, 17th Floor | New York, NY 10004
Phone: 212.549.2676 | Fax: 212.549.2654

CaseySub 000176

DOJ-113649