ANNALOU TIROL
Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
SIMON J. CATALDO
Massachusetts Bar No. 690879
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov
Simon.Cataldo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>  Defendant. | No. CR-16-01012-PHX-SRB<br><br>**GOVERNMENT'S EXHIBIT LIST** |

The government, by the undersigned attorneys for the Department of Justice, Criminal Division, Public Integrity Section, provides this exhibit list in anticipation of the trial presently set for June 26, 2017. The exhibits constituting transcripts of prior statements of potential witnesses, other than the defendant, are included only to be offered if the witness testifies inconsistently with the prior statement as contemplated by Federal Rule of Evidence 801(d)(1)(A) or if the witness's credibility is attacked on cross-examination as contemplated by Rule 801(d)(1)(B).

1. December 23, 2011, Preliminary Injunction, ECF No. 494[1]

2. Expedited Motion to Vacate Hearing, ECF No. 948

3. Transcript of Arpaio's July 24, 2012, testimony, ECF No. 572

    a. Transcript of Arpaio's April 22, 2015, testimony, ECF No. 1021

    b. Transcript of Arpaio's April 23, 2015, testimony, ECF No. 1027

    c. Transcript of Arpaio's September 30, 2015, testimony, ECF No. 1422

    d. Transcript of Arpaio's October 1, 2015, testimony, ECF No. 1455

    e. Transcript of Arpaio's October 2, 2015, testimony, ECF No. 1457

    f. Transcript of Arpaio's October 8, 2015, testimony, ECF No. 1458

    g. Transcript of Arpaio's March 25, 2015, deposition, DOJ-001019-DOJ-001327

        1. Certificate of Authenticity for Arpaio's March 25, 2015, deposition, DOJ-122672

        2. Video, part 1, of Arpaio's March 25, 2015, deposition, DOJ-122505

        3. Video, part 2, of Arpaio's March 25, 2015, deposition, DOJ-122506

        4. Video, part 3, of Arpaio's March 25, 2015, deposition, DOJ-122507

        5. Video, part 4, of Arpaio's March 25, 2015, deposition, DOJ-122508

        6. Video, part 5, of Arpaio's March 25, 2015, deposition, DOJ-122509

        7. Video, part 6, of Arpaio's March 25, 2015, deposition, DOJ-122510

---

[1] All ECF entries refer to docket entries in *Melendres v. Arpaio*, No. 2:07-cv-02513, (D. Ariz. 2007).

        8. Video, part 7, of Arpaio's March 25, 2015, deposition, DOJ-122511

   h. Transcript of Arpaio's April 14, 2015, deposition, DOJ-001328-DOJ-001408

        1. Certificate of Authenticity for Arpaio's April 14, 2015, deposition, DOJ-122672

        2. Video, part 1, of Arpaio's April 14, 2015, deposition, DOJ-122559

        3. Video, part 2, of Arpaio's April 14, 2015, deposition, DOJ-122560

   i. Transcript of Arpaio's September 17, 2015, deposition, DOJ-001409-DOJ-001558

        1. Certificate of Authenticity for Arpaio's September 17, 2015, deposition, DOJ-122672

        2. Video, part 1, of Arpaio's September 17, 2015, deposition, DOJ-122547

        3. Video, part 2, of Arpaio's September 17, 2015, deposition, DOJ-122548

        4. Video, part 3, of Arpaio's September 17, 2015, deposition, DOJ-122549

   j. Transcript of Arpaio's September 18, 2015, deposition, DOJ-001559-DOJ-001724

        1. Certificate of Authenticity for Arpaio's September 18, 2015, deposition, DOJ-122672

        2. Video, part 1, of Arpaio's September 18, 2015, deposition, DOJ-

        122654

   3. Video, part 2, of Arpaio's September 18, 2015, deposition, DOJ-122655

   4. Video, part 3, of Arpaio's September 18, 2015, deposition, DOJ-122656

   5. Video, part 4, of Arpaio's September 18, 2015, deposition, DOJ-122657

k. Transcript of Arpaio's December 16, 2009, deposition, DOJ-113969-DOJ-114092

   1. Video, part 1, of Arpaio's December 16, 2009, deposition, DOJ-122485

   2. Video, part 2, of Arpaio's December 16, 2009, deposition, DOJ-122486

   3. Video, part 3, of Arpaio's December 16, 2009, deposition, DOJ-122487

   4. Video, part 4, of Arpaio's December 16, 2009, deposition, DOJ-122488

   5. Video, part 5, of Arpaio's December 16, 2009, deposition, DOJ-122489

l. Transcript of Arpaio's September 7, 2010, deposition, DOJ-114093-DOJ-114405

    1. Certificate of Authenticity for Arpaio's September 7, 2010, deposition, DOJ-122671

m. Transcript of Arpaio's November 16, 2010, deposition, DOJ-114406-DOJ-114699

    1. Certificate of Authenticity for Arpaio's November 16, 2010, deposition, DOJ-122678

    2. Video, part 1, of Arpaio's November 16, 2010, deposition, DOJ-122490

    3. Video, part 2, of Arpaio's November 16, 2010, deposition, DOJ-122491

    4. Video, part 3, of Arpaio's November 16, 2010, deposition, DOJ-122492

    5. Video, part 4, of Arpaio's November 16, 2010, deposition, DOJ-122493

    6. Video, part 5, of Arpaio's November 16, 2010, deposition, DOJ-122494

    7. Video, part 6, of Arpaio's November 16, 2010, deposition, DOJ-122495

n. Transcript of Arpaio's April 29, 2014, deposition, DOJ-114700-DOJ-114913

    1. Certificate of Authenticity for Arpaio's April 29, 2014, deposition, DOJ-122672

      o. Audio recording of Arpaio's February 11, 2011, DOJ interview, DOJ-117311

      p. Transcript of Arpaio's February 11, 2011, DOJ interview, DOJ-117312-DOJ-117478

      q. Audio recording of Arpaio's February 17, 2011, DOJ interview, DOJ-117479

      r. Transcript of Arpaio's February 17, 2011, DOJ interview, DOJ-117480-DOJ-117620

4. Declaration of John MacIntyre, ECF No. 838-1

5. Transcript of MacIntyre's testimony, ECF No. 1422

      a. Transcript of MacIntyre's March 16, 2015, deposition, DOJ-003996-DOJ-004236

      b. Transcript of MacIntyre's September 21, 2015, deposition, DOJ-004237-DOJ-004330

      c. Audio recording of MacIntyre's December 18, 2014, Monitor interview, DOJ-013801

      d. Transcript of MacIntyre's December 18, 2014, Monitor interview, DOJ-016710-DOJ-016830

6. December 23, 2011, email from Casey to Sands et al., DOJ-009854-DOJ-009855

7. Transcript of Sands's testimony, ECF No. 1017

      a. Transcript of Sands's testimony, ECF No. 1021

    b. Transcript of Sands's testimony, ECF No. 1422

    c. Transcript of Sands's April 1, 2015, deposition, DOJ-005403-DOJ-005560

    d. Transcript of Sands's April 15, 2015, deposition, DOJ-005561-DOJ-005607

    e. Transcript of Sands's September 17, 2015, deposition, DOJ-005608-DOJ-005681

    f. Audio recording of Sands's December 29, 2014, Monitor interview, DOJ-DOJ-013802

    g. Transcript of Sands's December 29, 2014, Monitor interview, DOJ-016831-DOJ-016978

    h. Transcript of Sands's February 11, 2011, DOJ interview, DOJ-118477-DOJ-118854

    i. Transcript of Sands's March 25, 2014, deposition, DOJ-118855-DOJ-119113

8. January 24, 2012, email chain from Sousa to Casey, Sands et al., DOJ-009846-DOJ-009849

9. January 13, 2015, email chain from Sousa to Palmer, Jakowinicz et al., DOJ-012200-DOJ-012204

10. March 28, 2012, email from Sousa to Jakowinicz, et al., DOJ-009715-DOJ-009718

11. March 7, 2012, email from Sousa to HSU, DOJ-009951-DOJ-009952

12. June 7, 2012, email from Sousa to Allen, Sands et al., DOJ-012213-DOJ-012214

13. January 30, 2012, email from Casey to MacIntyre, Sands et al., DOJ-012207-DOJ-

012208

14. October 19, 2012, email chain from Sousa to Jakowinicz, Casey et al., DOJ-009921-DOJ-009923

15. Transcript of Sousa's testimony, ECF No. 1027

    a. Transcript of Sousa's testimony, ECF No. 1458

    b. Transcript of Sousa's testimony, ECF No. 1466

    c. Transcript of Sousa's April 2, 2015, deposition, DOJ-007118-DOJ-007365

    d. Transcript of Sousa's April 14, 2015, deposition, DOJ-007366-DOJ-007453

    e. Transcript of Sousa's September 17, 2015, deposition, DOJ-007454-DOJ-007612

    f. Audio recording of Sousa's December 13, 2014, Monitor interview, DOJ-013793

    g. Transcript of Sousa's December 13, 2014, Monitor interview, DOJ-015955-DOJ-016127

    h. Transcript of Sousa's November 13, 2013, deposition, DOJ-119114-DOJ-119242

    i. Transcript of Sousa's December 13, 2013, deposition, DOJ-119245-DOJ-0119296

    j. Sousa December 13, 2013, deposition correction sheet, DOJ-119243-DOJ-119244

    k. Transcript of Sousa's February 4, 2014, deposition, DOJ-119299-DOJ-

119625

l. Sousa February 4, 2014, deposition correction sheet, DOJ-119297-DOJ-119298

16. Transcript of Palmer's testimony, ECF No. 1017

   a. Transcript of Palmer's April 7, 2015, deposition, DOJ-004780-DOJ-005005

   b. Transcript of Palmer's April 14, 2015, deposition, DOJ-005006-DOJ-005073

   c. Transcript of Palmer's September 17, 2015, deposition, DOJ-005074-DOJ-005233

   d. Transcript of Palmer's April 3, 2014, deposition, DOJ-119833-DOJ-120000

17. Transcript of Trowbridge's testimony, ECF No. 1021

   a. Transcript of Trowbridge's March 30, 2015, deposition, DOJ-008491-DOJ-008710

   b. Transcript of Trowbridge's April 14, 2015, deposition, DOJ-008711-DOJ-008762

18. HSU 2011 Master Log, DOJ-013143-DOJ-0013154

19. HSU 2012 Master Log, DOJ-013155

20. HSU 2013 Master Log, DOJ-013156

21. Transcript of Jakowinicz's testimony, ECF No. 1021

   a. Transcript of Jakowinicz's March 26, 2015, deposition, DOJ-003039-DOJ-003325

      b. Transcript of Jakowinicz's April 14, 2015, deposition, DOJ-003326-DOJ-003375

      c. Transcript of Jakowinicz's December 13, 2013, deposition, DOJ-118196-DOJ-118272

      d. Transcript of Jakowinicz's February 7, 2014, deposition, DOJ-118273-DOJ-118476

22. Transcript of Lisa Allen's March 31, 2014, deposition in *United States v. Maricopa County and Arpaio*, No. 2:12-cv-00981, DOJ-113349-DOJ-1113502

23. June 3, 2014, email from Casey to Amy Lake, MacIntyre et al., DOJ-011824

24. September 25, 2012, email from Casey to MacIntyre, Sands, Lake et al., DOJ-011828-DOJ-011830

25. October 12, 2012, email chain and attachments from Casey to Allen et al., DOJ-011832-DOJ-011842

26. October 18, 2012, email and attached letter from Casey to Sands, MacIntyre et al., DOJ-011844-DOJ-011849

27. December 23, 2011, email chain from Casey to James Williams et al., DOJ-012177-DOJ-012180

28. January 4, 2012, email chain from Casey to MacIntyre, Sands et al., DOJ-012182-DOJ-012187

29. January 11, 2012, email chain from Casey to Thomas Liddy, Sousa et al., DOJ-012191-DOJ-012192

30. April 4, 2014, email chain from Casey to Paul Chagolla, MacIntyre et al., DOJ-0112210-DOJ-012211

31. April 4, 2014, email chain from Casey to Liddy et al., DOJ-012242-DOJ-012244

32. October 15, 2012, email chain from Casey to Liddy et al., DOJ-101124-DOJ-101127

33. January 13, 2015, email chain from Casey to Liddy et al., DOJ-101135

34. Casey's redacted billing records, December 2011 through May 2013, DOJ-0012103-DOJ-0012175

35. Transcript of Casey's testimony, ECF No. 1417

   a. Transcript of Casey's testimony, ECF No. 1422

   b. Transcript of Casey's September 16, 2015, deposition, DOJ-002194-DOJ-002557

   c. Transcript of Casey's September 22, 2015, deposition, DOJ-002558-DOJ-002631

36. MCSO "news releases"

   a. February 8, 2010, MCSO press release, DOJ-116304-DOJ-116305

   b. December 30, 2011, MCSO press release, DOJ-009645

   c. February 9, 2012, MCSO press release, DOJ-116798

   d. March 28, 2012, MCSO press release, DOJ-116842-DOJ-116843

   e. September 21, 2012, MCSO press release, DOJ-116698-DOJ-116700

   f. September 27, 2012, MCSO press release, DOJ-009424-DOJ-009425

    g. October 9, 2012, MCSO press release, DOJ-116697

    h. October 18, 2012, MCSO press release, DOJ-116579

    i. January 17, 2013, MCSO press release, DOJ-009840-DOJ-009841

    j. March 14, 2013, MCSO press release, DOJ-009681- DOJ-009682

    k. April 17, 2013, MCSO press release, DOJ-009688- DOJ-009689

    l. May 18, 2013, MCSO press release, DOJ-009843- DOJ-009844

    m. February 10, 2010, MCSO press release, DOJ-116373-DOJ-116374

37. Media clips

    a. March 1, 2012, Univision interview (clip 1), DOJ-009881

        1. Certificate of Authenticity for March 1, 2012, Univision interview (clip 1), DOJ-122680

    b. March 1, 2012, Univision interview (clip 2), DOJ-009882

        1. Certificate of Authenticity for March 1, 2012, Univision interview (clip 2), DOJ-122681

    c. May 2012 Fox News Special Report, DOJ-013012

        1. Certificate of Authenticity for May 2012 Fox News Special Report, DOJ-122667

    d. April 4, 2012, Fox News interview, DOJ-013015

        1. Certificate of Authenticity for April 4, 2012, Fox News interview, DOJ-122569

    e. April 5, 2012, CBS News interview, DOJ-013014

      1. Certificate of Authenticity for April 5, 2012, CBS News interview, DOJ-120342

f. April 13, 2012, Conservative TV Online interview (clip 1), DOJ-009879

      1. Certificate of Authenticity for April 13, 2012, Conservative TV Online interview (clip 1), DOJ-122670

g. April 13, 2012, Conservative TV Online interview (clip 2) DOJ-009880

      1. Certificate of Authenticity for April 13, 2012, Conservative TV Online interview (clip 2), DOJ-122670

h. April 24, 2012, PBS Newshour interview (clip 1), DOJ-117308

      1. Certificate of Authenticity for April 24, 2012, PBS Newshour interview (clip 1), DOJ-122567

i. April 24, 2012, PBS Newshour interview (clip 2), DOJ-117309

      1. Certificate of Authenticity for April 24, 2012, PBS Newshour interview (clip 2), DOJ-117307

j. June 25, 2012, CNN interview, DOJ-009877

k. June 25, 2012, Fox Cavuto interview, DOJ-009878

      1. Certificate of Authenticity for June 25, 2012, Fox Cavuto interview, DOJ-122573

l. June 25, 2012, KNVX video, DOJ-113658

      1. Certificate of Authenticity for June 25, 2012, KNVX video, DOJ-113657

m. June 25, 2012, Univision interview (clip 1), DOJ-009874

    1. Certificate of Authenticity for June 25, 2012, Univision interview (clip 1), DOJ-122682

n. June 25, 2012, Univision interview (clip 2), DOJ-009875

    1. Certificate of Authenticity for June 25, 2012, Univision interview (clip 2), DOJ-122683

o. June 26, 2012, Fox News interview, DOJ-0098973

    1. Certificate of Authenticity for June 26, 2012, Fox News interview, DOJ-122575

p. August 31, 2012, Fox Latino interview (clip 1), DOJ-009870

    1. Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 1), DOJ-122577

q. August 31, 2012, Fox Latino interview (clip 2), DOJ-009871

    1. Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 2), DOJ-122577

r. August 31, 2012, Fox Latino interview (clip 3), DOJ-009872

    1. Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 3), DOJ-122577

s. September 27, 2012, Fox News interview, DOJ-00113654

    1. Certificate of Authenticity for September 27, 2012, Fox News interview, DOJ-122579

t. January 29, 2013, Fox Business interview, DOJ-00113655

    1. Certificate of Authenticity for January 29, 2013, Fox Business interview, DOJ-122581

38. Joe Show documentary footage, DOJ-113660

    a. Certificate of Authenticity for Joe Show documentary footage, DOJ-113659

39. Transcript of Sheridan's testimony, ECF No. 1030

    a. Transcript of Sheridan's testimony, ECF No. 1389

    b. Transcript of Sheridan's testimony, ECF No. 1410

    c. Transcript of Sheridan's testimony, ECF No. 1417

    d. Transcript of Sheridan's March 20, 2015, deposition, DOJ-006159-DOJ-006410

    e. Transcript of Sheridan's March 27, 2015 deposition, DOJ-006411-DOJ-006507

    f. Transcript of Sheridan's April 14, 2015, deposition, DOJ-006508-DOJ-006572

    g. Transcript of Sheridan's September 15, 2015, deposition, DOJ-006573-DOJ-006904

    h. Transcript of Sheridan's September 22, 2015, deposition, DOJ-006905-DOJ-006973

    i. Transcript of Sheridan's March 27, 2014, deposition, DOJ-120001-DOJ-120270

40. October 8, 2012, Incident Report, DOJ-009664-009673

41. April 17, 2013, Incident Report, DOJ-122404-DOJ-122409

    a. Related MCSO reports, DOJ-122471-DOJ-122479

42. MCSO LEAR Protocol, DOJ-013158-013159

43. April 18, 2013, MCSO Press Release, DOJ-121551

44. October 11, 2012 email chain from Casey to Jakowinicz et al., DOJ-113646-DOJ-113649

45. Audio recording of September 13, 2012, Ninth Circuit oral argument in *Melendres v. Arpaio*, No. 12-15098 (9th Cir. 2012), DOJ-122814

Respectfully Submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section

By: */s/ John D. Keller*
John D. Keller
Victor R. Salgado
Simon J. Cataldo
Trial Attorneys

United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov
Simon.Cataldo@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on today's date, I electronically filed the foregoing via the CM/ECF system which will provide notice to counsel of record for the defendant.

/s/ *Simon J. Cataldo*
Simon J. Cataldo
Trial Attorney